125 A.3d 385

IN THE MATTER OF DANIEL B. KELLEY, AN ATTORNEY AT LAW (ATTORNEY NO. 045791997).

December 2, 2015.

## ORDER

The Disciplinary Review Board having filed a report with the Court its decision in DRB 15–081, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **DANIEL B. KELLEY** of **CHERRY HILL,** who was admitted to the bar of this State in 1998, and who has been suspended from the practice of law since May 19, 2014, be disbarred for violating *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(b) (failure to promptly deliver funds to a client or third person), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **DANIEL B. KELLEY** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DANIEL B. KELLEY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **DANIEL B. KELLEY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **DANIEL B. KELLEY** continue to comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.